IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF JULIAN ARNOLD HAFFNER TO THE BAR OF MARYLAND

* IN THE

* SUPREME COURT

* OF MARYLAND

* AG No. 68

* September Term, 2025

## O R D E R

Upon consideration of the petition for reinstatement filed by Julian Arnold Haffner in the above-captioned case on June 24, 2026, and Deputy Bar Counsel's response to the petition, it is this 25th day of June 2026, by the Supreme Court of Maryland,

ORDERED that the petition is granted, and Julian Arnold Haffner is reinstated as a member of the Bar of Maryland; and it is further

ORDERED that consistent with this Court's prior Order of March 20, 2026, Petitioner shall be reinstated to the practice of law in Maryland subject to a period of one year of probation; and it is further

ORDERED that the Clerk of the Court shall give notice of this Order in accordance with Rule 19-761.



   /s/ Brynja M. Booth
Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk